# United States District Court

EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

V.

MAURICE MORRIS

CASE NUMBER: 3:08mj130

**WARRANT FOR ARREST**

08-191-M-01

**FILED**

MAR 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **MAURICE MORRIS** and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment   ___Information   _x_Complaint   ___Order of Court
_____Probation/Supervised Release Violation   _____Violation of Pretrial Release

charging him or her with (brief description of offense):

ESCAPE

In Violation of Title __18__ United States Code, Section(s) **751(a)**

| M. Hannah Lauck | U. S. Magistrate Judge |
|---|---|
| Name of Issuing Officer    /s/ | Title of Issuing Officer |
| M. Hannah Lauck United States Magistrate Judge | 2/25/08 at Richmond |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____                By _____

Name of Judicial Officer

---

This warrant was received and executed with the arrest of the above-named defendant at:

| Date Received 3/18/08 | Name and Title of ~~Arresting~~ Recording Officer  DUSM Julie Carrill | Signature of ~~Arresting~~ Recording Officer  Julie Carrill |
|---|---|---|
| Date of Arrest | | |

AO 91 (Rev. 1/93) Criminal Complaint

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Virginia

UNITED STATES OF AMERICA
V.
Maurice Morris

**CRIMINAL COMPLAINT**

Case Number: 3:08mj130

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 2/20/2008 (Date) in Prince George County, in the Eastern District of Virginia defendant(s) did,

(Track Statutory Language of Offense)

Knowingly escape from the custody of the Attorney General, while on a furlough transfer from the Federal Correctional Complex medium facility located in Prince George County Virginia to the Hope Village, a Community Correctional Halfway House located within the District of Columbia, in which he was to be lawfully confined at the direction of the Attorney General by virtue of a commitment issued under the authority of the Superior Court of the District of Columbia for the offense of Attempted Distribution of Cocaine.

in violation of Title 18 United States Code Section(s) 751

I further state that I am a(n) Deputy United States Marshal and that this complaint is based on the following facts:
(Official Title)

(see attached affidavit)

TRUE COPY, TESTE:
CLK. U.S. DISTRICT COURT

Deborah A. Thompson
DEPUTY CLERK

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_____ 3939
Signature of Complainant

Christopher Withers
Printed Name of Complainant

Sworn to before me and signed in my presence,

2/25/2008 at Richmond VA
Date         City         State

/s/
M. Hannah Lauck, US Magistrate Judge         M. Hannah Lauck
Name of Judge   Title of Judge                United States Magistrate Judge
                                              Signature of Judge

AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Philip Christopher Withers, having been duly sworn, state as follows:

1. I am a Deputy United States Marshal and have been so employed for 3 years. My duties as a Deputy U.S Marshal include the investigation of violations of federal law to include Escape and Failure to Appear.

2. This affidavit is made in support of an application for a criminal complaint against Maurice Morris for escape from the custody of the Attorney General of the United States in violation of Title 18 USC 751 (a). I have gathered the information in this affidavit myself or received it from other law enforcement officers and court officials.

3. On or about January 19, 2007, Maurice Morris was sentenced in Superior Court of the District of Columbia for the offense of Attempted Distribution of Cocaine. Morris was originally sentenced to 20 months on charges of attempted distribution of cocaine with 5 years of supervised release to follow.

4. On or about February 20, 2008 at approximately 08:35 a.m. Morris was released from FCI Petersburg on a temporary furlough with the condition to surrender himself to Hope Village in Washington, D.C. no later than February 20th, 2008 at 14:50 hours. Morris was driven to the bus station in Petersburg and dropped off by a camp inmate to catch the bus to the above listed treatment facility.

5. On or about February 21st, 2008 FCI Petersburg was notified via email by Hope Village that Morris had failed to surrender himself to their facility. It was at this time that FCI Petersburg declared inmate Maurice Morris' status as escaped.

6. United States Marshals have been unsuccessful in locating Maurice Morris since his February 20, 2008 temporary furlough from FCI Petersburg (Medium). Inmate Morris is neither in Hope village where he was furloughed to nor is he in FCI Petersburg where he was initially designated to.

7. Based on this information I ask that a warrant be issued for Dennis Maurice Morris for Escape in violation of 18 USC 751 (a).

_____ 3939
Christopher Withers
Deputy United States Marshal

Sworn to and subscribed before me this 25 day of February, 2008.

/s/
_____
M. Hannah Lauck
United States Magistrate Judge

M. Hannah Lauck
United States Magistrate Judge

BP-S393.058   NOTICE OF ESCAPED FEDERAL PRISONER  CDFRM
NOV 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Institution<br>FCC Petersburg | | | Date<br>2-21-2008 | | | |
|---|---|---|---|---|---|---|
| Morris, Maurice | 01516-000 | | DOB: | | | AGE: 43 |
| Sex<br>M | Race | Height | Weight | Eyes | Hair | Washington |
| Citizenship: U.S. | Build: Medium | | Home Address: | | | |
| Scars, Marks, Tattoos | | | Occupation: None | | | |
| Last Used Aliases: Mooris, Maurice Leon | | | F.B.I. No. | | SSN: | |
| Sentence 20 months: Attempted Dist of Cocaine | | | Original Arresting Agency: DC Metro PD | | | |

MORRIS
MAURICE
5'11"   152
BLK   BRO
01516-000  PEM

Details of Escape:

Armed: ☐ Yes; ☐ No; X Unknown

Consider Dangerous: ☐ Yes; X No

Violent Behavior: ☐ Yes; X No

Morris departed PEM on 2-20-2008 at 8:35AM via town driver to the Petersburg bus station and was to arrive NLT 2:50PM to Hope Village, 2840 Langston Place, SE, Washington, DC 20020 on the same day. On 2-21-2008, FCC Petersburg was notified via email by CBR/CDC CCM Office that Morris failed to report as prescribed and to place him on ESCAPE status as of 2-20-2008.

SUBJECT TO THE CONDITIONS OF TITLE 28, PART 7, SECTION 7.1 - 7.5 OF THE CODE OF FEDERAL REGULATIONS, A STANDING OFFER TO REWARD IS MADE FOR THE CAPTURE, OR ASSISTANCE IN, OR FURNISHING INFORMATION LEADING TO THE CAPTURE OF AN ESCAPED FEDERAL PRISONER. THIS REWARD SHALL NOT BE IN EXCESS OF $200 UNLESS SPECIFICALLY GRANTED BY THE DIRECTOR OF THE BUREAU OF PRISONS.

IF APPREHENDED, OR IF YOU HAVE INFORMATION CONCERNING THE PRISONER, WIRE OR TELEPHONE COLLECT THE NEAREST OFFICE OF THE FEDERAL BUREAU OF INVESTIGATION (F.B.I.), OR CONTACT THE CHIEF EXECUTIVE OFFICER OF THIS FACILITY.

TELEPHONE NUMBER: 804/504/7200
               Area Code

Patricia R. Stansberry
Chief Executive Officer

Warden
Title

(This form may be replicated via WP)                    Replaces BP-393(58) OCT 88 and BP-S393(58) AUG 94

BP-S714.055 NOTICE OF RELEASE AND ARRIVAL   CDFRM
APR 03
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate Name<br>MORRIS, Maurice | Reg No.: 01516-000<br>FBI No.: 215913CA5<br>DCDC No.: 215385<br>(Misc No.) | Institution/Address<br>Hope Village, Inc.<br>2840 Langston Place, S.E.,<br>Washington, D.C. 20020<br>(202) 678-1551 |
|---|---|---|
| Release Date: April 10, 2008 | | Release Method: Good Conduct Time Release |
| Public Law Days<br>___ day(s) | Supervision to follow release: (If yes, advise inmate of Obligation to Report for Supervision)<br>_X_ YES (60 Months)<br>___ NO | |

**RELEASED TO (CHECK ONE)**

_✓_ Community                                              ___ Detainer

Transportation arranged to: _____              Detaining Agency: _____
                          (City and State)
Method of transportation: _____
                    (Name of common carrier or other)      Agency Address: _____
Date of expected arrival at residence: _____

**SUPERVISION JURISDICTION(S)**

| Sentencing District | District of Residence (for relocation cases) |
|---|---|
| Chief/Director: Robert Manual, Branch Chief<br>Supervision Agency: Offender Supervision Agency<br>District: District of Columbia<br>Address: 300 Indiana Ave, Rm 2070<br>Washington, DC 20001<br>Phone: (202) 585-7395 | Chief/Director: _____<br>Supervision Agency: _____<br>District: _____<br>Address: _____<br>Phone: (__) _____ |

Address of
proposed residence: _____

**DNA SAMPLE**

| DNA sample required:<br>___ YES  _x_ NO | If YES date sample taken<br>N/A JFA | DNA Number<br>N/A JFA |
|---|---|---|

Obligation to Report for Supervision: If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)

Distribution:   Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

(This form may be replicated via WP)                        This form replaces BP-S714 dtd FEB 02